UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-cr-246-T-17JSS

QULETON MONIX

## **PRELIMINARY ORDER OF FORFEITURE**

The defendant pleaded guilty to possessing with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), and the Court adjudged him guilty of these offenses.

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a)(1)-(2), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for the following assets:

    a.    A Beemiller Inc., Hi-Point Model: C9, 9MM semi-automatic pistol, serial number P195574;

    b.    Approximately 38 rounds of F C 9MM LUGER ammunition; and

    c.    Approximately 2 rounds of TULAMMO 9MM LUGER ammunition.

CASE NO. 8:19-CR-246-T-17SS

The United States has established the required connection between the crimes of conviction and the assets. Because the United States is entitled to forfeit the property, the motion is GRANTED. Pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a)(1)-(2), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Tampa, Florida, this 15th day of November, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2